**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

COURTNEY ANN B.,[1]

                                        Civil No. 24-4172 (JRT/EMB)
                    Plaintiff,

v.

                                        **ORDER ADOPTING REPORT**
                                        **AND RECOMMENDATION**
FRANK BISIGNANO, *Commissioner of*
*Social Security*,

                    Defendant.

---

James H. Greeman, **GREEMAN TOOMEY**, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, for Plaintiff; and

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, MN 55415; and

James D. Sides, Sophie Doroba, **SOCIAL SECURITY ADMINISTRATION**, 6401 Security Boulevard, Baltimore, MD 21235 for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Else M. Bullard dated February 4, 2026 (Docket No. [16]), along with all the files and records, and because no objections to the Report and Recommendation have been filed, **IT IS HEREBY ORDERED** that:

  1.  Plaintiff's requested relief (Docket. 10) be GRANTED;

  2.  The Commissioner's decision be reversed; and

---

[1] It is the policy of this District court to use first names and last initials in all Social Security cases.

-2-

3.    The matter be remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for rehearing consistent with this recommendation.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: March 6, 2026                    _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                        United States District Judge